722 A.2d 685

**COMMONWEALTH of Pennsylvania, ex. rel., D. Michael FISHER, Attorney General, Appellee,**

v.

**James LARGE, Supervisor, Forward Township, Appellant.**

Supreme Court of Pennsylvania.

Jan. 27, 1999.

Reargument Denied March 10, 1999.

## *ORDER*

PER CURIAM:

**AND NOW**, this 27th day of January, 1999, the Order of the Commonwealth Court is AFFIRMED.

The Commonwealth's application to advance argument is dismissed as moot.